# Court of Appeals
# of the State of Georgia

ATLANTA,_July 28, 2021_____

*The Court of Appeals hereby passes the following order:*

**A21A1666.  MCKENZIE v. THE STATE.**

Olaudah McKenzie is proceeding pro se in this appeal, which was docketed on June 22, 2021. McKenzie's appellant brief was due 20 days later, on July 12, 2021. Over ten days have passed since the due date, and McKenzie has not filed an appellant brief. Accordingly, McKenzie's appeal is hereby DISMISSED for failure to file a brief. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_07/28/2021_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*